FILED
OCT 23 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '07 MJ 8868 |
| v. | COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Armando GONZALEZ-Gonzalez Defendant. | |

The undersigned complainant being duly sworn states:

That on or about October 22, 2007, within the Southern District of California, defendant Armando GONZALEZ-Gonzalez did knowingly and intentionally import approximately 2.48 kilograms (5.46 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Luis Saenz, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 23rd DAY OF OCTOBER 2007.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Armando GONZALEZ-Gonzalez

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Luis A. Saenz.

On October 22, 2007, at approximately 1534 hours, Armando GONZALEZ-Gonzalez attempted to enter the United States from the Republic of Mexico at the Calexico, CA West Port of Entry. GONZALEZ was the driver of a 1990 Ford Crown Victoria. GONZALEZ was in the company of his sister, Leticia GONZALEZ-Gonzalez, and his minor child, A.N.G.H.

GONZALEZ and his passengers gave a negative Customs declaration to Customs and Border Protection Officer (CBPO) J. Carp. CBPO Carp asked GONZALEZ if he was the owner of the vehicle. GONZALEZ stated he owned the vehicle for approximately six months, but it was still registered in the name of a friend. CBPO Carp asked GONZALEZ for the purpose of his trip to Mexico. GONZALEZ stated he resided in Oxnard, California, but was visiting his family in Mexicali, Baja California, Mexico. CBPO Carp inspected the vehicle driven by GONZALEZ and noticed a he possessed no luggage within the vehicle. CBPO Carp escorted GONZALEZ and the vehicle he was driving to the Vehicle Secondary Area for further inspection.

In the Vehicle Secondary Area, CBPO Carp conducted a secondary inspection of the vehicle driven by GONZALEZ. CBPO Carp noticed a "soapy" odor emitting from the vehicle driven by GONZALEZ. A canine inspection of the vehicle was solicited, resulting in an alert by the canine unit. CBPO Carp discovered four (4) packages, with a combined weight of 2.48 kilograms (5.46 pounds) of methamphetamine, concealed within the dashboard of the vehicle driven by GONZALEZ. CBPO Carp probed a package and it produced a white crystallized substance that field-tested positive for methamphetamine.

GONZALEZ was arrested for importation of methamphetamine into the United States. GONZALEZ was advised of his rights pursuant Miranda. He acknowledged and waived those rights. GONZALEZ stated to Special Agent Saenz, he was to be paid $700.00 for driving the vehicle with narcotics into the United States. GONZALEZ stated he expected to receive his compensation upon his return to Mexico.