AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Armando Gonzalez-Gonzalez

## WAIVER OF INDICTMENT

CASE NUMBER: 07 CR 3152-W

I, Armando Gonzalez, the above named defendant, who is accused of 21 USC §§ 952+960, importation of 2.48 Kilograms of methamphetamine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 20, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

Armando Gonzalez G.G.
Defendant

Jack J Boltz
Counsel for Defendant

Before [signature]
Judicial Officer